JOHN F. SPEELER, complainant-respondent,

*v.*

KATE S. HEIL, defendant-appellant.

[Submitted July 11th, 1910.   Decided November 14th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker.

*Mr. James J. McGoogan,* for the respondent.

*Mr. W. Holt Apgar,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed by Vice-Chancellor Walker in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON—13.

*For reversal*—None.